UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 12-1581(DSD/AJB)

Elainaise Mervil,

      Plaintiff,

v.                                                       ORDER ADOPTING REPORT
                                                  AND RECOMMENDATION
United States of America – FTCA,
Nicole English, Warden, Sandra Lauring, M.D.,
Donald Collins, M.D., Matthew Levisay,
Counselor, and Mary Ellen Rivers-Graham, HSA.

      Defendants.

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated January 6, 2014, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that the defendants' Motion to Dismiss is **granted** [Docket No. 48] and that plaintiff Elainaise Mervil's complaint alleging FTCA claims against the United States, as well as claims against all of the individually named defendants for violation of civil rights under <u>Bivens v. Six Unnamed Federal Agents</u>, 403 U.S. 388 (1971), are **dismissed** with prejudice [Docket No. 1].

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 22, 2014

                                                       s/David S. Doty
                                                       David S. Doty, Judge
                                                       United States District Court